# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DANIEL NIELSEN, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | CIVIL NO. 05-483-GPM |
| ) | |
| SARAH S. REVELL, ) | |
| ) | |
| Respondent. ) | |

# JUDGMENT

This action came before the Court for preliminary consideration of Petitioner's application for writ of habeas corpus. The Court has rendered the following decision:

**IT IS ORDERED AND ADJUDGED** that the petition for writ of habeas corpus is summarily dismissed on the merits. Petitioner is to take nothing from this action.

1/20/06  
*Date*

By: s/ G. Patrick Murphy  
*District Judge*